# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FARMLAND MUTUAL INSURANCE COMPANY, | : | |
| Plaintiff | : | No. 1:16-cv-01111 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| EDWARD ALFRED SECHRIST, et al., | : | (Magistrate Judge Arbuckle) |
| Defendants | : | |

## ORDER

Before the Court in the above-captioned case is the March 30, 2017 Report and Recommendation of Magistrate Judge Arbuckle. (Doc. No. 19.) No timely objections have been filed. **ACCORDINGLY**, on this 27th day of April 2017, upon review of the record and the applicable law, **IT IS ORDERED THAT**:

1. The Court adopts the Report and Recommendation (Doc. No. 19), of Magistrate Judge Arbuckle;

2. Defendants' motion to dismiss or stay action (Doc. No. 8), is **DENIED**;

3. Plaintiff's motion to consolidate pursuant to Federal Rule of Civil Procedure 42(a) (Doc. No. 16), is **GRANTED**;

4. The Clerk of Court is directed to consolidate the case docketed as Civil Action No. 1:16-cv-01155 into the case docketed as Civil Action No. 1:16-cv-01111 and to close the case docketed as Civil Action No. 1:16-cv-01155. All future documents filed in this consolidated case shall be filed under the case docketed as Civil Action No. 1:16-cv-01111; and

5. The above-captioned action is referred back to Magistrate Judge Arbuckle for further pre-trial management.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania